UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott Skibo and
David Eugene Ricketts,

    Plaintiffs,

v.

S. Bolt, et al.,

    Defendants.

Case No. 21-cv-1906 (ECT/DTS)

**REPORT & RECOMMENDATION**

In an order dated August 30, 2021, this Court directed Plaintiffs Scott Skibo and David Eugene Ricketts to pay initial partial filing fees or to otherwise clarify their intent to participate in this pro se civil case. Docket No. 3. Plaintiffs were given 20 days to pay their individual initial fees or to otherwise clarify their intent to participate in the case, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

That deadline has now passed, and neither Plaintiff has paid their initial fee. In fact, the Plaintiffs have not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

1

## RECOMMENDATION

Based upon the foregoing, and on all the files, records, and proceedings herein, this Court **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: September 27, 2021
                                    s/David T. Schultz
                                    DAVID T. SCHULTZ
                                    U.S. Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).