UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott Skibo and David Eugene Rickets,   File No. 21-cv-1906 (ECT/DTS)

    Plaintiffs,

v.   **ORDER**

S. Bolt, Captain Wadis, and Warden Kallis,

    Defendants.

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on September 27, 2021. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**.

2. This action is **DISMISSED** without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

3. The Application to Proceed in District Court without Prepaying Fees or Costs [ECF No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 9, 2021   s/ Eric C. Tostrud
    Eric C. Tostrud
    United States District Court